UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY COUSINS,<br><br>            Plaintiff,<br><br>    v.<br><br>KITSAP COUNTY, NED NEWLIN and KITSAP COUNTY SHERIFF DEPARTMENT,<br><br>            Defendants. | No. C 08-5764KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

The Defendants filed a Motion for Summary Judgment requesting dismissal of all of Plaintiff's claims. Dkt. 14 - 16. The motion was filed on January 14, 2010 and properly noted for February 5, 2010. The Plaintiff's Response was due, pursuant to this Court's local rules, "not later than the Monday before the noting date" which was February 1, 2010. Local Rule CR 7(d)((3). The Plaintiff has not filed any responsive pleadings.

The Plaintiff asserted four causes of action in her Complaint: (I) Title VII Discrimination Based on Gender; (II) Interference with Right to Free Speech; (III) Retaliation for Whistle Blower Activity; and (IV) Retaliation for Filing EEOC Claim.

The Defendants presented evidence through the Declarations of Jacquelyn M. Aufderheide, the

Order Granting Defendants' Motion
for Summary Judgment
Page - 1

1 Declaration of Bert Furuta, and with the Final Decision and Orders of the Office of Administrative
2 Hearings for hearings held on October 7 and 8, 2008 and June 21 - 23, 2009.

The Defendants assert that the claims raised in these two administrative hearings are the same issues raised by Ms. Cousins in the second and third claims in her Complaint. They also assert that these claims were fully litigated and decided at the administrative hearing level and that such decisions require the dismissal of Claims II and III on issue preclusion grounds. This Court agrees.

With regard to the Plaintiff's first claim of Title VII Discrimination based on Gender the defendants assert that this claim must be dismissed on the grounds that a prima facie case of discrimination does not exist. This Court agrees.

Finally, with regard to the Plaintiff's fourth claim of Retaliation for Filing EEOC Claim, the defendants assert that this claim must be dismissed for the plaintiff's failure to exhaust administrative remedies. The evidence before the Court supports that assertion and this Court agrees that this claim must be dismissed.

Therefore, the Defendants' motion to dismiss all of plaintiff's claims is hereby **GRANTED.**

DATED this 5rd day of February, 2010.

Karen L. Strombom
United States Magistrate Judge

Order Granting Defendants' Motion
for Summary Judgment
Page - 2