UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY COUSINS,<br><br>             Plaintiff,<br><br>    v.<br><br>KITSAP COUNTY, NED NEWLIN and KITSAP COUNTY SHERIFF DEPARTMENT,<br><br>             Defendants. | CASE NO. C08-5764 KLS<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION |

Terry Cousins filed a Motion for Reconsideration of the Court's order granting the Defendants' Motion for Summary Judgment. Dkt. 18. Upon receipt of the Motion for Reconsideration, the Court requested a Response from the Defendants. Based on the Court's review of the motion with supporting documents and response (Dkt. 31 and 32), the undersigned is granting the Plaintiff's motion.

The granting of this motion is based on the consideration of fairness to Ms. Cousins as her counsel denies having received the electronically filed motion by the defendants which, in turn, explains why nothing was filed on behalf of the plaintiff and in opposition to said motion.

Order Granting Motion for
Reconsideration                        1

1  The Court will be reviewing the materials filed in support of and in opposition to the

2  defendants' motion and will issue a written opinion.

3  In summary, the plaintiff's Motion for Reconsideration (Dkt. 18) is hereby GRANTED.

4  Dated this 6th day of July, 2010.

5                                s/Karen L. Strombom
                              Karen L. Strombom
6                                U.S. Magistrate Judge

7

8

9  …

  Dated this __ day of MONTH, YEAR.

10

11

12                                Karen L. Strombom
                              United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

Order Granting Motion for
Reconsideration                 2