UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY COUSINS,<br><br>            Plaintiff,<br><br>    v.<br><br>KITSAP COUNTY and KITSAP COUNTY SHERIFF, et al.,<br><br>            Defendants. | CASE NO. C 08-5764 KLS<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS NED NEWLIN |

      Defendant Ned Newlin filed a motion to dismiss him as a named defendant. ECF No. 35. On January 28, 2011 the undersigned issued an order which granted the Defendant's motion, in part, by dismissing Ned Newlin as a defendant in his individual capacity. The Court also requested additional briefing from the Defendant with regard to the propriety of maintaining/dismissing Ned Newlin as a defendant in his official capacity. The Defendant filed his reply as requested. ECF No. 42.

      The Court is persuaded by the reasoning contained in the case of *Taylor v. Scottpolar Corporation,* 995 F. Supp. 1072 (D. Ariz., 1998). "Courts have allowed, however, individual

Order Granting Defendant's Motion to
Dismiss Ned Newlin

1

1  defendants to be sued in their official capacity.  *See Ortez,* 88 F.3d at 808-809.  However, the
2  employer alone is liable for any violation of Title VII; thus, claims against the individuals in
3  their official capacity merge into claims against the employer.  See Gary, 59 F.3d at 1399 (citing
4  Sauers v. Salt Lake County, 1 F.3d 11212, 1125 (10th Cir. 1993)."  *Id.* at p. 1079.
5        Therefore, the undersigned concludes that the claim against Ned Newlin in his official
6  capacity is unnecessarily repetitive of Plaintiff's claims against her employer.  Ned Newlin's
7  motion is therefore GRANTED in its entirety.  ECF No. 35.
8        Dated this 7th day of February, 2011.

10                                                        Karen L. Strombom
11                                                        United States Magistrate Judge

Order Granting Defendant's Motion to
Dismiss Ned Newlin